UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Case No. 19-cr-104 (JNE) (4)
ORDER

Jaime Alejandro Aguirre-Rea,

Defendant.

Defendant moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821, Part B, to the United States Sentencing Guidelines. *See* U.S.S.G. § 1B1.10(d). The Court denied his motion. Defendant appealed. The United States Court of Appeals for the Eighth Circuit affirmed. Approximately sixteen months later, Defendant moved again for a sentence reduction under § 3582(c)(2) based on Amendment 821, Part B. The Court denies his motion [Docket No. 211]. *See United States v. Bartsh*, 69 F.3d 864, 866–67 (8th Cir. 1995); *United States v. Mofle*, 989 F.3d 646, 648–49 (8th Cir. 2021).

IT IS SO ORDERED.

Dated: October 6, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge